**Order entered October 18, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00008-CV**

**TIFFANNY JONES, M.D. AND TJONESIVFMD, PLLC, Appellant**

**V.**

**FRISCO FERTILITY CENTER, PLLC, D/B/A DALLAS IVF, Appellee**

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-02739-2020**

**ORDER**
Before Justices Molberg, Nowell, and Goldstein

Before the Court is Appellee's Second Emergency Rule 29.3 Motion filed on September 22, 2021, Appellants' Response filed on October 11, 2021, and Appellee's Motion for Leave to File Reply in Support of Second Emergency Rule 29.3 Motion filed on October 13, 2021.

We **GRANT** appellee's motion for leave to file a reply.

While the trial court's temporary injunction order set an October 18, 2021 trial date, it also ordered that the temporary injunction "will continue in force until

completion of final trial/hearing on the merits before the American Arbitration Association ('AAA') and the execution of a final judgment in this Cause at the conclusion of such arbitration, or until further order of this Court or the agreement of the parties." *Cf. Senter Investments, L.L.C. v. Veerjee*, 358 S.W.3d 841, 845–46 (Tex. App.—Dallas 2012, no pet.) (rejecting appellant's argument that a temporary injunction order that did not include a trial date order was void because, after the trial court compelled arbitration, "[a]ny trial setting would be abated pending the resolution of the arbitration proceeding and would serve little purpose").

Accordingly, we **DENY** Appellee's second rule 29.3 motion to the extent that it seeks to extend the temporary injunction order's trial date. But we **GRANT** the motion for emergency relief to the extent of confirming that the trial court's order remains in place and is not suspended during this appeal, or alternatively so order. *See* TEX. R. APP. P. 29.3 ("When an appeal from an interlocutory order is perfected, the appellate court may make any temporary orders necessary to preserve the parties' rights until disposition of the appeal and may require appropriate security.").

/s/     KEN MOLBERG
         JUSTICE